George POOLE, Appellant,

v.

Chris CASSADAY; Michael Bolin; City of Cool Valley; Gregory Bolin, Appellee.

No. 06–1676.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 2, 2007.

Filed: Nov. 14, 2007.

George Poole, St. Louis, MO, pro se.

---

Peter J. Dunne, Rabbitt & Pitzer, Gregory P. May, William Sitzer, Dubail & Judge, St. Louis, MO, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

George Poole appeals the district court's [1] adverse grant of summary judgment in his civil rights action. Upon careful review of the record, *see Lawyer v. City of Council Bluffs*, 361 F.3d 1099, 1103 (8th Cir.2004) (standard of review), we affirm for the reasons stated by the district court in its well-reasoned opinion, *see* 8th Cir. R. 47B.

---

1. The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).